IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAIR-FOUNDATION, INC., and
CAIR-FLORIDA, INC.,

    *Plaintiffs*,

v.                      Case No.: 4:25cv516-MW/MJF

RONALD DESANTIS, in his official
capacity as Governor, State of Florida,

    *Defendant*.
_____/

## NOTICE REGARDING REQUEST FOR RELIEF

Pending before this court is Plaintiff's Complaint, ECF No. 1, which seeks both a temporary restraining order and a preliminary injunction. No motion for temporary restraining order has been filed, and the complaint, itself, is not verified. Moreover, no motion for preliminary injunction has been filed. Accordingly, this Court will take no action in this case unless and until a proper motion is filed.

**SO ORDERED on December 16, 2025.**

                                            s/Mark E. Walker              
                                            **United States District Judge**