# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

    *Plaintiffs,*

v.   Case No.:  4:25cv516-MW/MJF

**RONALD DESANTIS, in his official**
**capacity as Governor, State of Florida,**

    *Defendant.*

_____/

## ORDER ADMITTING GADEIR ABBAS PRO HAC VICE

This Court has considered, without hearing, the motion for admission pro hac vice for Gadeir Abbas. ECF No. 16. The motion is **GRANTED**. Mr. Abbas has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on January 15, 2026.**

                                      **s/Mark E. Walker**
                                      **United States District Judge**