**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CAIR-FOUNDATION INC.,**
**and CAIR-FLORIDA, INC.,**

     *Plaintiffs*,

**v.**

                                  **Case No. 4:25-cv-00516-MW-MJF**

**RONALD DESANTIS, IN HIS**
**OFFICIAL CAPACITY AS**
**GOVERNOR, STATE OF**
**FLORIDA,**

     *Defendant*.

---

**DECLARATION OF WILFREDO RUIZ ON**
**BEHALF OF CAIR-FLORIDA, INC.**

Pursuant to 28 U.S.C. § 1746, I, Wilfredo Ruiz, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration. If called to testify, I could and would testify competently to these facts under oath.

2. CAIR-Florida, Inc. is a Plaintiff in this action.

3. I am the CAIR-Florida Communications Director. In my capacity as Communications Director, I am familiar with CAIR-Florida's programs, operations, and activities.

1

4. CAIR-Florida is a nonprofit corporation organized under Florida law with its headquarters in Tampa and recognized as tax-exempt under Section 501(c)(3) of the Internal Revenue Code. CAIR-Florida has approximately 15 employees.

5. CAIR-Florida is an affiliate of CAIR, which is America's largest Muslim civil rights and advocacy organization. CAIR-Florida's faith-driven mission is to enhance the public's understanding of Islam, protect civil rights, promote justice, and empower American Muslims.

6. CAIR-Florida primarily implements its faith-driven mission through public education, advocacy, community engagement, and legal support. These activities include speaking publicly on civil rights issues, countering stereotypes and misconceptions about Islam, organizing educational events, communicating with elected officials, and working with individuals and organizations, including CAIR.

7. CAIR-Florida's activities take several forms.

8. CAIR-Florida educates people on their civil rights through presentations and advocacy materials. For example, CAIR-Florida regularly visits Florida mosques and other community venues to conduct "Know Your Rights" presentations and to offer pro bono legal assistance. CAIR-Florida also visits schools and universities to speak with students about their rights.

9.  CAIR-Florida engages in public advocacy related to issues affecting Muslims' civil rights. In 2025, CAIR-Florida publicly opposed Florida House Bill 119, commonly referred to as the "No Shari'a Act," and publicly criticized statements made by Governor Ron DeSantis in support of the bill.

10. CAIR-Florida organizes civic engagement activities that encourage participation in the democratic process. CAIR-Florida partners with CAIR to host Muslim Advocacy Day in Washington, D.C.

11. CAIR-Florida also hosts its own Muslim Day at the Capitol in Tallahassee, Florida. The 2025 event included more than 100 participants and addressed issues such as free speech, public safety, criminal justice reform, and Muslim American heritage.

12. CAIR-Florida has requested space at the Florida State Capitol for its 2026 Muslim Day, which is scheduled to occur in February.

13. As part of its civic engagement efforts, CAIR-Florida promotes voter participation through nonpartisan voter education and registration activities.

14. CAIR-Florida addresses civil rights through activities such as providing pro bono legal assistance, sending letters to government officials, and engaging in public communications.

15. CAIR-Florida publicly comments on issues that impact Muslim communities, including matters of United States foreign policy and state government action.

For example, CAIR-Florida issued public statements urging the Florida Legislature to censure then—State Representative Randy Fine in response to statements he made on social media concerning the death of a Turkish-American human rights activist.

16. As part of its broader civil rights work, CAIR-Florida engages in advocacy related to Palestinian human rights.

17. For example, CAIR and CAIR-Florida have engaged in advocacy and legal support related to Palestinian human rights, including representing and advocating on behalf of Students for Justice in Palestine ("SJP") chapters that were affected by actions taken by Florida government officials. CAIR and CAIR-Florida also successfully advocated for the return of Mohammed Ibrahim—a 16-year-old U.S. citizen detained by Israeli authorities beginning in February 2025. In addition, CAIR and CAIR-Florida issued public statements concerning actions taken by the Mayor of Miami Beach to close a movie theatre that was screening an Oscar-winning Palestinian documentary.

18. CAIR-Florida also engages in advocacy, community education, and interfaith activities related to a range of civil rights issues.

19. On December 8, 2025, Governor DeSantis issued Executive Order 25-244, which unilaterally designates CAIR as a "terrorist organization" and imposes

automatic penalties on CAIR and on persons or entities that provide "material support" to CAIR.

20. However, there has been no hearing, adjudication, or criminal charge related to this Executive Order. There is also no process by which CAIR may challenge Governor DeSantis's unilateral designation or the consequences it imposes.

21. Following the issuance of Executive Order 25-244, CAIR-Florida experienced changes in how government entities and third parties in Florida interacted with the organization. For example, a CAIR-Florida employee sought to meet with a county government official, who stated that he was required to seek legal advice before meeting and cited the Executive Order as the sole reason for the delay.

22. As a result of the Executive Order, CAIR-Florida's ability to engage in its regular advocacy and outreach activities has been affected through changes in how individuals and organizations interact with it. For example, CAIR-Florida has been informed by some mosques that they are declining or hesitating to partner with CAIR-Florida due to the material support provision. This has halted or threatened CAIR-Florida's planned Ramadan activities at those mosques, as well as its ongoing activities throughout the year, including attending Friday services to conduct civic engagement and provide legal services.

23. Following the issuance of Executive Order 25-244, CAIR-Florida has been informed by multiple organizations that they are declining or reluctant to

5

associate with CAIR-Florida. As a result, CAIR-Florida has experienced disruptions to planned advocacy and public-facing activities. For example, CAIR-Florida intended to visit multiple Florida mosques throughout Ramadan to engage with community members and discuss civic participation, but has been unable to confirm these visits, with at least one mosque declining its request.

24. As a result of the Executive Order, CAIR-Florida's ability to engage with government entities and participate in public programs in Florida has been impaired. CAIR-Florida has previously petitioned government officials to bring charges against individuals who commit hate crimes, advocated against censorship of pro-Palestinian content, and sent letters to correctional facilities reminding them of their obligation not to curtail the rights of Muslims in their custody.  Following issuance of the Executive Order, CAIR-Florida reasonably anticipates that government officials, correctional facility staff, and other agency employees may decline or delay engagement based on their designation.

25. CAIR-Florida intends to further its mission by associating with CAIR to empower, educate, and defend Florida Muslims. The Executive Order's material support provision places that association at risk by conditioning access to government benefits on refraining from such partnership.

26. Following the issuance of Executive Order 25-244, some organizations have declined or hesitated to partner with CAIR-Florida due to the material support provision.

27. Also following the issuance of Executive Order 25-244, CAIR-Florida's planned activities in Florida were disrupted. For example, prior to the Executive Order, CAIR-Florida was notified that the 22nd floor of the Florida State Capitol—traditionally used by organizations hosting similar events—was available for Muslim Day at the Capitol. However, on January 13, 2026, Capitol staff informed CAIR-Florida that the 22nd floor was no longer available.

28. The Executive Order's vague directives to the Florida Department of Law Enforcement and the Florida Highway Patrol have created uncertainty regarding how CAIR-Florida employees may be treated by law enforcement as a result of the designation.

29. Since the issuance of Executive Order 25-244, CAIR-Florida has been required to divert staff attention away from its ordinary programming to respond to inquiries from the media and partner organizations and to address issues arising from the designation.

30. For example, CAIR-Florida indefinitely postponed hosting a media training for journalists so that its communication department could respond to increased

media attention inquiries following Governor DeSantis's issuance of Executive Order 25-244.

31. Furthermore, CAIR-Florida indefinitely postponed hosting an open house at its Tampa office to preserve existing relationships and scheduled events with organizations, mosques, and community members who declined or hesitated to associate with CAIR-Florida following issuance of the Executive Order.

32. Additionally, CAIR-Florida diverted resources away from hosting Know Your Rights events so that its legal department could also assist with maintaining community relationships affected by the Executive Order.

33. I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on January 22, 2026.

CAIR Florida (Jan 22, 2026 12:25:07 EST)

_____

Wilfredo Ruiz

# CAIR Florida Declaration.Final

Final Audit Report                                                    2026-01-22

| | |
|---|---|
| Created: | 2026-01-22 |
| By: | ████████ ███████████████████ |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAOQv9gecH6GktJ8-UcPzN75a9wuvrl39u |

## "CAIR Florida Declaration.Final" History

📄 Document created by █████████ (███████████████████████)
2026-01-22 - 5:03:51 PM GMT

✉ Document emailed to ██████████ (██████████████ for signature
2026-01-22 - 5:05:27 PM GMT

📄 Email viewed by ██████████ (██████████████
2026-01-22 - 5:20:51 PM GMT

✍ Document e-signed by █████████ (███████████████)
Signature Date: 2026-01-22 - 5:25:07 PM GMT - Time Source: server

✔ Agreement completed.
2026-01-22 - 5:25:07 PM GMT

Adobe Acrobat Sign