# EXHIBIT 1

# STATE OF FLORIDA

## OFFICE OF THE GOVERNOR
## EXECUTIVE ORDER NUMBER 25-244

(Protecting Floridians from Radical Islamic Terrorist Organizations)

**WHEREAS**, pursuant to section 874.03(7), Florida Statutes, a terrorist organization is any organized group engaged in or organized for the purpose of engaging in activity involving a violent act or an act dangerous to human life and is intended to intimidate, injure, or coerce a civilian population; influence the policy of a government by intimidation or coercion; or affect the conduct of government through destruction of property, assassination, murder, kidnapping, or aircraft piracy; and

**WHEREAS**, the Society of Muslim Brothers (Muslim Brotherhood) was founded in Egypt in 1928 and has developed into a transnational network with a long history of engaging in or supporting violence, including political assassinations and terror attacks on civilians, for the purpose of establishing a world-wide Islamic caliphate and imposing its Islamist system of belief across the globe, including in the United States; and

**WHEREAS**, the Muslim Brotherhood's Islamist ideology is irreconcilable with foundational American principles of life, liberty, and the pursuit of happiness reflected in the Declaration of Independence and the United States Constitution, especially including the right to religious freedom and the equal protection of the laws; and

**WHEREAS**, on November 24, 2025, President Trump issued Executive Order 14362 to initiate "a process by which certain chapters or other subdivisions of the Muslim Brotherhood shall be considered for designation as Foreign Terrorist Organizations"; and

**WHEREAS**, the Muslim Brotherhood supports a network of chapters and affiliated political entities and front organizations that engage in terrorism or funnel money to finance terrorist activities; and

**WHEREAS**, members of the Muslim Brotherhood created Hamas in 1987, the primary goal of which is the destruction of the State of Israel and the eradication of Jews in their historic homeland of Judea and Samaria; and

**WHEREAS**, the United States Government designated Hamas as a foreign terrorist organization on October 8, 1997; and

**WHEREAS**, on October 7, 2023, Hamas murdered over 1,200 men, women, and children in Israel, including 46 Americans, and took 254 hostages, including 12 Americans; and

**WHEREAS**, in the aftermath of the October 7 attack, Muslim Brotherhood chapters in the Middle East joined attacks against Israel with, or otherwise provided material support to, Hamas, Hezbollah, and other Palestinian groups; and

**WHEREAS**, organizations affiliated with the Muslim Brotherhood and Hamas have had active fundraising arms in the United States, which have raised funds to support Hamas's terrorist attacks in the Middle East; and

**WHEREAS**, the Palestine Committee, an organization affiliated with the Muslim Brotherhood and created to support Hamas in the United States, expressly sought to "increase the financial and moral support for Hamas" and oversaw front organizations designed to raise money for Hamas; and

**WHEREAS**, the Palestine Committee founded the Council on American-Islamic Relations (CAIR) in the United States in 1994; and

**WHEREAS**, CAIR was founded by persons connected to the Muslim Brotherhood and was created, in the words of persons affiliated with CAIR, as "an official U.S. cover representing the Islamic community" to conceal ties to Islamic extremist groups; and

**WHEREAS**, CAIR was designated as an unindicted co-conspirator by the United States Government in the largest terrorism-financing case in American history, and the court found "ample evidence to establish the association[]" of CAIR with terrorist organizations, *see United States v. Holy*

*Land Found. for Relief & Dev.*, No. 3:04-cv-240, 2009 WL 10680203, at *7 (N.D. Tex. July 1, 2009); and

**WHEREAS**, individuals associated with CAIR have been convicted of providing, and conspiring to provide, material support to designated terrorist organizations; and

**WHEREAS**, pursuant to section 943.0311, Florida Statutes, the executive director of the Florida Department of Law Enforcement serves as the Chief of Domestic Security and is responsible for coordinating ongoing assessments of the State's vulnerability to terrorism and its ability to detect and prevent acts of terrorism within or affecting Florida; and

**WHEREAS**, section 321.05, Florida Statutes, directs the Florida Highway Patrol to conserve the peace and enforce the laws of the State; and

**WHEREAS**, pursuant to Article IV, Section 4 of the Florida Constitution and section 943.0313, Florida Statutes, the Domestic Security Oversight Council is responsible for reviewing the State's domestic security posture and making recommendations to the Governor and Legislature concerning the State's domestic security, including with respect to threats from terrorism.

**NOW, THEREFORE, I, RON DESANTIS,** as Governor of Florida, pursuant to my solemn constitutional duty to take care that the laws be faithfully executed and to preserve the public peace, do hereby promulgate the following Executive Order, to take immediate effect:

Section 1. The Muslim Brotherhood and any chapter or subdivision thereof; the Council on American-Islamic Relations; and any other organization designated by the United States Government as a Foreign Terrorist Organization under section 219 of the Immigration and Nationality Act (8 U.S.C. § 1189) are hereby designated as terrorist organizations for the purpose of this Executive Order.

Section 2. The Florida Department of Law Enforcement and the Florida Highway Patrol are directed to undertake all lawful measures to prevent unlawful activities in Florida by the terrorist organizations designated in Section 1. Unless prohibited by federal or state law, all other Executive

and Cabinet Agencies shall further undertake all lawful action to prevent any terrorist organization designated in Section 1, or any person known to have provided material support or resources to such organization as defined in section 775.33(1)(c), Florida Statutes, from receiving any contract, employment, funds, or other benefit or privilege from such Executive or Cabinet Agency or any entity regulated by such Executive or Cabinet Agency or from any County or Municipality of the State.

Section 3. The Domestic Security Oversight Council shall conduct a comprehensive review of existing statutory authorities, regulations, and policies for addressing threats from the terrorist organizations designated in Section 1 and submit recommendations for any additional action needed to the Governor, the President of the Senate, and the Speaker of the House of Representatives by January 6, 2026.

IN TESTIMONY WHEREOF, I have hereunto set my hand and have caused the Great Seal of the State of Florida to be affixed, at Tallahassee, this 8th day of December, 2025.

RON DESANTIS, GOVERNOR

ATTEST:

SECRETARY OF STATE

FILED 2025 DEC -8 PM 4:58 DEPT OF STATE TALLAHASSEE, FL