# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CAIR-FOUNDATION, INC. and CAIR-FLORIDA, INC.,

    *Plaintiffs*,

v.

RONALD DESANTIS, in his official capacity as Governor, State of Florida,

    *Defendant.*

Case No. 4:25-cv-516-MW-MJF

## DECLARATION OF JAY K. ARNOLD JR.

I, Jay K. Arnold Jr., declare as follows.

1. I am over 18 years of age and am competent to make this declaration.

2. I hold the position of Deputy Chief of Staff for Florida Governor Ron DeSantis and work in the Executive Office of the Governor. I have held this position since August 2025.

3. During my tenure, the Executive Office of the Governor has performed the research, drafting, preparation, and promulgation of executive orders.

4. On December 8, 2025, Governor DeSantis signed an executive order titled "Protecting Floridians from Radical Islamic Terrorist Organizations," also known as Executive Order 25-244.

5. I have personal knowledge of the research, drafting, preparation, and promulgation that culminated in Executive Order 25-244.

6. When researching, drafting, preparing, and promulgating Executive Order 25-244, the Executive Office of the Governor made several factual findings that, in its reasoned judgment, qualified CAIR as a terrorist organization.

7. When making these factual findings, the Executive Office of the Governor consulted numerous sources, including the following:

    a. Scholarly works from the George Washington University Program on Extremism, Hudson Institute, Foundation for Defense of Democracies, and Foreign Policy Research Institute:

        i. A work titled "The Muslim Brotherhood's U.S. Network."[1]

        ii. A work titled "The Muslim Brotherhood in America: A Brief History."[2]

        iii. A work titled "CAIR—Why History is Important."[3]

        iv. A work titled "Hamas's Influence on US Campuses: A Study of Networks, Strategies, and Ideological Advocacy."[4]

---

[1] Zeyno Baran, *The Muslim Brotherhood's U.S. Network*, Hudson Institute (Feb. 27, 2008), https://perma.cc/H6GP-MUF6.

[2] Lorenzo Vidino, *The Muslim Brotherhood in America: A Brief History*, George Washington University Program on Extremism (July 2025), https://perma.cc/5CJ4-E7PA.

[3] Lara Burns et al., *CAIR—Why History is Important*, George Washington University Program on Extremism (Nov. 2025), https://perma.cc/7TE5-PJF3.

[4] *Hamas's Influence on US Campuses: A Study of Networks, Strategies, and Ideological Advocacy*, George Washington University Program on Extremism (2024), https://perma.cc/LWP6-SF4C.

    v. A work titled "Patient Extremism: The Many Faces of the Muslim Brotherhood."[5]

    vi. A work titled "Muslim Brotherhood Organizations in America: Goals, Ideologies, and Strategies."[6]

  b. The Executive Order signed by President Donald J. Trump titled "Designation of Certain Muslim Brotherhood Chapters as Foreign Terrorist Organizations and Specially Designated Global Terrorists."[7]

  c. The list of entities currently designated as Foreign Terrorist Organizations by the United States.[8]

  d. The hearing conducted in the 115th Congress titled "The Muslim Brotherhood's Global Threat."[9]

  e. The resolution adopted in the Florida House of Representatives titled "A resolution to strongly encourage all executive agencies of the State of Florida, all law enforcement agencies, and all local governments in

---

[5] David Adesnik et al., *Patient Extremism: The Many Faces of the Muslim Brotherhood*, Foundation for Defense of Democracies (Oct. 27, 2025), https://perma.cc/3EEQ-M5UJ.

[6] Lorenzo Vidino, *Muslim Brotherhood Organizations in America: Goals, Ideologies, and Strategies*, Foreign Policy Research Institute (Dec. 3, 2011), https://perma.cc/PV5T-MLSZ.

[7] Exec. Order No. 14,362, 90 Fed. Reg. 55033 (Nov. 24, 2025), https://perma.cc/6285-K5JA.

[8] *Foreign Terrorist Organizations*, U.S. Dep't of State, https://perma.cc/74BA-WZB5.

[9] *The Muslim Brotherhood's Global Threat: Hearing Before the H. Oversight and Gov. Reform Subcomm. on Nat'l Sec.*, 115th Cong. (2018), https://perma.cc/L3D2-MS84.

3

        this state to suspend contact and outreach activities with the Council on American-Islamic Relations."[10]

    f. The events, statements, materials, judicial findings, charges, and convictions arising from the investigation into, and prosecution of, the Holy Land Foundation.[11]

8. CAIR's conduct, as well as the conduct of its past and present leaders, employees, and affiliates, motivated the decision to designate CAIR as a terrorist organization for the purposes of Executive Order 25-244.

9. At no point did the Governor or his agents knowingly deny CAIR, CAIR-Florida, their leaders, employees, or affiliates, access to the Florida Capitol in connection with the 2026 Muslim Day event.

10. CAIR-Florida made a request to reserve a space in the Florida Capitol to be used for the 2026 Muslim Day event, but that request was denied due to the fact that the requested space had already been reserved by another organization. At no point did CAIR or CAIR-Florida's speech or viewpoints motivate that decision.

11. I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

---

[10] Disassociation from Council on American-Islamic Relations, H.R. 1209, 2024 Sess. (Fla. 2024), https://perma.cc/95LT-QBXB.

[11] *See, e.g.*, *United States v. Holy Land Found. for Relief & Dev.*, No. 3:04-CR-240, 2009 WL 10680203 (N.D. Tex. July 1, 2009), *aff'd in relevant part*, 624 F.3d 685 (5th Cir. 2010).

Executed on this 11th day of February, 2026 in Tallahassee, Florida.

_____
Executive Office of the Governor
Deputy Chief of Staff
Jay K. Arnold Jr.