# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

    *Plaintiffs,*

v.                                               Case No.:  4:25cv516-MW/MJF

**RONALD DESANTIS, in his official**
**capacity as Governor, State of Florida,**

    *Defendant.*
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, the Plaintiffs' unopposed motion for two-day extension to file their reply in support of their motion for preliminary injunction. ECF No. 38. The motion is **GRANTED**. Plaintiffs' response deadline is extended to **on or before February 20, 2026**.

In addition, this Court is reviewing the papers as they are filed. Insofar as the parties agreed that neither side is requesting a hearing on the motion, but this Court scheduled a hearing in an abundance of caution, this Court plans to alert the parties by the end of the day **on Wednesday, February 18, 2026**, as to whether it requires a hearing on February 27, 2026.

    **SO ORDERED on February 13, 2026.**

                                                   *s/Mark E. Walker*
                                                   **United States District Judge**