# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

    *Plaintiffs*,

v.                    Case No.: 4:25cv516-MW/MJF

**RONALD DESANTIS, in his official**
**capacity as Governor, State of Florida,**

    *Defendant*.
_____/

## ORDER CANCELLING HEARING

    This case is set for a hearing on Plaintiffs' motion for preliminary injunction, ECF No. 24, on February 27, 2026. In setting the hearing, this Court adopted the parties' proposed briefing schedule and did not limit either side with respect to deadlines. Nobody requested expedited discovery. Moreover, the parties agreed that the pending motion could be decided on the papers and nobody planned to call live witnesses at the hearing. Nonetheless, this Court set this matter for a hearing for oral argument in an abundance of caution, and with the caveat that this Court would cancel the hearing if it determined that a hearing was not necessary after reviewing the briefing.

    Having reviewed the pending motion and response, this Court does not need the parties to appear for oral argument before issuing a ruling. Accordingly, the

hearing set for February 27, 2026, is **CANCELLED**. This Court will take the matter under advisement once the Plaintiffs' reply is filed.

**SO ORDERED on February 17, 2026.**

<u>s/Mark E. Walker</u>
**United States District Judge**