**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CAIR-FOUNDATION INC.,
and CAIR-FLORIDA, INC.,**

     *Plaintiffs*,

**v.**                                **Case No. 4:25-cv-00516-MW-MJF**

**RONALD DESANTIS, IN HIS
OFFICIAL CAPACITY AS
GOVERNOR, STATE OF
FLORIDA,**

     *Defendant*.

---

**SUPPLEMENTAL DECLARATION OF MANAL FAKHOURY
ON BEHALF OF CAIR-FOUNDATION, INC.**

Pursuant to 28 U.S.C. § 1746, I, Manal Fakhoury, declare as follows:

1. I am over the age of 18 and serve as the Chair of CAIR-Foundation, INC. ("CAIR"). I have personal knowledge of the facts set forth in this declaration based on information provided to me by CAIR and CAIR-Florida leadership in the ordinary course of my duties, in addition to my review of the public statements referenced herein. If called to testify, I could and would testify competently to these facts under oath.

2. On January 23, 2026, Florida Attorney General James Uthmeier published a post from his verified "@AGJamesUthmeier" account on X referencing Executive

1

Order 25-244 and calling on the City of Coral Springs to cancel the South Florida Muslim Federation Convention because of CAIR's involvement. I personally reviewed the public announcement.

3. Shortly thereafter, the South Florida Muslim Federation publicly announced that it was severing its relationship with CAIR and CAIR-Florida. I reviewed the public announcement.

4. On January 26, 2026, Attorney General Uthmeier published another post on X from his verified account describing the Federation's dissociation as a "step in the right direction" and warning "[a]ny entity that wants to do business or use state or local resources in Florida would be wise to dissociate from CAIR." I personally reviewed that post as well.

5. Following the issuance of Executive Order 25-244, attendance at CAIR's and CAIR-Florida's 2026 Muslim Day at the Capitol was approximately half of the attendance from 2025. I was informed that CAIR-Florida received communications from individuals who had previously attended indicating that they would not attend due to concerns arising from the Executive Order.

6. I also reviewed a public post from Attorney General Uthmeier from his verified account on the morning of the 2026 Muslim Day at the Capitol stating that CAIR was a "designated foreign terrorist organization under state law" and that he had

requested "law enforcement to be on heightened alert" at the Capitol because of CAIR's presence.

7. As explained in my first declaration, ECF No. 24-2 ¶¶ 25-27, a Florida-based production company withdrew a proposed agreement for a podcast with CAIR due to the Executive Order. The company, however, indicated that it would reconsider associating with CAIR if the Executive Order was found to be unlawful.

8. I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on February 20, 2026.

*Manal Fakhoury*
Manal Fakhoury (Feb 20, 2026 09:37:44 EST)

Manal Fakhoury

3