**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

      *Plaintiffs*,

**v.**                                **Case No. 4:25-cv-00516-MW-MJF**

**RONALD DESANTIS, IN HIS**
**OFFICIAL CAPACITY AS**
**GOVERNOR, STATE OF**
**FLORIDA,**

      *Defendant.*

_____/

**SUPPLEMENTAL DECLARATION OF AHMED SOUSSI**
**IN SUPPORT OF CAIR-FOUNDATION, INC.'s**
**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Ahmed Soussi, declare as follows:

1. I am over the age of 18. I am an attorney at the Southern Poverty Law Center. I have personal knowledge of the facts set forth in this declaration. If called to testify, I could and would testify competently to these facts under oath.

2. On January 23, 2026, Florida Attorney General James Uthmeier posted from his "@AGJamesUthmeier" account on X (formerly Twitter) that "Coral Springs should remember that state and local resources cannot be used by any organization affiliated with CAIR, which is a designated terrorist organization,"

and that "[t]he city commission is on notice." A true and correct copy of the tweet, as found on X's website at https://x.com/AGJamesUthmeier/status/2014848436978237504, is attached hereto as Exhibit 22.

3. In a January 26, 2026, article, Local 10 reported the South Florida Muslim Federation dissociated with CAIR and CAIR-Florida for its upcoming event because of the Executive Order. A true and correct copy of the article, as found on Local 10's website at https://www.local10.com/news/local/2026/01/26/south-florida-muslim-federation-on-opposition-to-event-in-coral-springs-we-cant-allow-the-racist-to-win/, is attached hereto as Exhibit 23.

4. On January 26, 2026, Attorney General Uthmeier posted on X: "If true, this is a step in the right direction. Any entity that wants to do business or use state or local resources in Florida would be wise to dissociate from CAIR," on a tweet regarding CAIR's removal from the South Florida Muslim Federation event in Coral Springs. A true and correct copy of the tweet, as found on X's website at https://x.com/AGJamesUthmeier/status/2015930796582859263, is attached hereto as Exhibit 24.

5. On February 2, 2026, Attorney General Uthmeier posted on X: "CAIR, a designated foreign terrorist organization under state law, has called for a presence around the Florida Capitol today. I've requested law enforcement to be on

heightened alert for any possible security threats. Further, terrorist organizations are barred from using any and all state resources, and we expect the governor's executive order to be upheld. Alert FDLE and FHP immediately if you see suspicious activity." A true and correct copy of the tweet, as found on X's website at https://x.com/AGJamesUthmeier/status/2018323725687336967, is attached hereto as Exhibit 25.

6.  In a February 2, 2026, article, WPTV reported: "Uniformed officers were visibly increased around the [Capitol] after Uthmeier posted on social media." A true and correct copy of the article, as found on WPTV's website at https://www.wptv.com/news/state/attorney-general-orders-heightened-security-at-florida-capitol-for-muslim-advocacy-event, is attached hereto as Exhibit 26.

7.  I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on February 20, 2026.

*Ahmed Soussi*

Ahmed Soussi

3