# EXHIBIT 22



← **Post**

**Attorney General James Uthmeier** ✔
@AGJamesUthmeier

Coral Springs should remember that state and local resources cannot be used by any organization affiliated with CAIR, which is a designated terrorist organization.

The city commission is on notice.



Jewish Residents Urge Coral Springs Not to Host Florida Muslim Conference Over Anti...

From coralspringstalk.com

6:51 PM · Jan 23, 2026 · **203.8K** Views

💬 186          ⟲ 1.2K          ♡ 3.6K          🔖 80          ↥

💬 **Read 186 replies**

**New to X?**

Sign up now to get you

G  Sign

 Sign

Creat

By signing up, you agre
Privacy Policy, includin



**What's happe**

Sports · Trending
**Tage Thompson**

Sports · Trending
**2-0 USA**

Gaming · Trending
**Phil Spencer**
Trending with  Sarah E

Trending in United Sta
**Trey Gibson**

**Show more**

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in