# EXHIBIT 23

Case 4:25-cv-00516-MW-MJF    Document 41-4    Filed 02/20/26    Page 2 of 4

# South Florida Muslim Federation on opposition to event in Coral Springs: 'We can't allow the racists to win'

**South Florida Muslim Federation faces pushback over event in Coral Springs**

CORAL SPRINGS, Fla. — The South Florida Muslim Federation announced on Monday that "in an abundance of caution," the organization has disassociated from the Council on American and Islamic Relations of Florida, or CAIR-FL.

CAIR-FL had been a member of SFMF since its inception. On Dec. 8, Gov. Ron DeSantis issued an executive order designating CAIR-FL as a foreign terrorist organization, and CAIR-FL challenged it in federal court.

The South Florida Muslim Federation faced opposition from Florida Attorney General James Uthmeier, as they planned to host an annual event in Coral Springs.

"We can't allow the racists to win," Jay Shehadeh, a spokesman for the South Florida Muslim Federation, said about the push to cancel the organization's annual event in Coral Springs.

Lynne Martzall, the city's spokesperson, said the nonprofit organization is renting the Coral Springs Center for the Arts, a public venue.

"As a public entity, the city cannot deny or restrict facility use based on an organization's religious beliefs, political viewpoints, or background, nor does the rental of a city facility constitute endorsement of the views, positions, or messages of any renter," Martzall said in a statement.

**Read the complete statement from SFMF:**

*The South Florida Muslim Federation takes pride in its role representing the Muslim Community in South Florida. The Council on American and Islamic Relations of Florida (CAIR-FL) has been a member of the South Florida Muslim Federation ("SFMF") since the inception of SFMF.*

*CAIR-FL has always played an important role protecting the civil rights of Muslims, and we have never observed any conduct on the part of CAIR-FL that would remotely resemble terrorism. That being said, we understand the Governor issued an Executive Order on December 8, 2025 purporting to designate CAIR-FL a "foreign terrorist organization." We also understand that CAIR-FL has challenged this designation in Federal Court.*

*While the issue is still pending in Federal Court and in an abundance of caution, we have removed all associations of SFMF with CAIR-FL. And we look to our courts to provide guidance on this in the future.*

**Read the city's full statement:**

*Thank you for contacting us regarding the upcoming South Florida Muslim Conference scheduled to take place at the Coral Springs Center for the Arts.*

*This event is not sponsored, hosted, or organized by the City of Coral Springs. It is a private facility rental by a registered 501(c)(3) nonprofit organization.*

*The Coral Springs Center for the Arts is a public venue. In accordance with state and federal law, the city makes the facility available for rent to individuals, groups, and organizations on a content-neutral basis, provided the requested date is available, capacity and safety requirements are met, and all terms of the city's rental agreement and established guidelines are followed.*

*As a public entity, the city cannot deny or restrict facility use based on an organization's religious beliefs, political viewpoints, or background, nor does the rental of a city facility constitute endorsement of the views, positions, or messages of any renter.*

Case 4:25-cv-00516-MW-MJF   Document 41-4   Filed 02/20/26   Page 4 of 4

*We understand that residents may have questions or concerns about events held in public spaces, and we value your willingness to share your perspective. Coral Springs is committed to upholding the constitutional rights afforded to all while ensuring the safe, lawful, and respectful use of public facilities.*