# EXHIBIT 24



## Post

**Attorney General James Uthmeier** ✓
@AGJamesUthmeier

If true, this is a step in the right direction.

Any entity that wants to do business or use state or local resources in Florida would be wise to dissociate from CAIR.

> **Hunter Pollack** ✓ @PollackHunter · 17h
> Thanks to @AGJamesUthmeier for his attention to this important matter and strong commitment to keeping Floridians safe. Appreciate @GovRonDeSantis's proactive leadership in designating CAIR as a terrorist organization to protect our communities. coralspringstalk.com/muslim-federat...

6:32 PM · Jan 26, 2026 · **14.3K** Views

💬 21      🔁 74      ♡ 350      🔖 5      ⬆

💬 Read 21 replies

### New to X?

Sign up now to get your own personalized timeline!



🔵 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### What's happening

Trending in United States
**Katy Perry**

Trending in United States
**Foggy**

Trending in United States
**Abstract**

Trending in United States
**VCU Health**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ⋯ | © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up


