# EXHIBIT 25



← Post



**Attorney General James Uthmeier** ✔
@AGJamesUthmeier

···

CAIR, a designated foreign terrorist organization under state law, has called for a presence around the Florida Capitol today. I've requested law enforcement to be on heightened alert for any possible security threats. Further, terrorist organizations are barred from using any and all state resources, and we expect the governor's executive order to be upheld.

Alert FDLE and FHP immediately if you see suspicious activity.

9:00 AM · Feb 2, 2026 · **18K** Views

💬 70        ↻ 434        ♡ 1.3K        🔖 25        ⬆

💬 **Read 70 replies**



### New to X?

Sign up now to get your own personalized timeline!

G **Sign up with Google**

 **Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

↻ Retry

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up