# EXHIBIT 26

 **WPTV**
WEST PALM BEACH

MENU
🔍

LOCAL    NATIONAL    WEATHER    SPORTS    TRAFFIC    WATC
NOW

        ⚡ 4  WX Alerts

Quick Lin ⌄

ADVERTISEMENT

**NEWS** ❯ **STATE**

# Attorney General orders heightened security at Florida Capitol for Muslim advocacy event

Attorney General Ashley Moody cited potential security threats as CAIR Florida held annual advocacy day at State Capitol

CLOSE

ADVERTISEMENT



Photo by: WFTS

---

 By: Forrest Saunders

*Posted 4:57 PM, Feb 02, 2026*

TALLAHASSEE, Fla. — Florida Attorney General Ashley Moody ordered heightened law enforcement presence at the State Capitol on Monday, drawing sharp criticism from Muslim advocates and Democrats as the Florida chapter of the Council on American-Islamic Relations held its annual advocacy day.

Uniformed officers were visibly increased around the complex after Uthmeier posted on social media. He warned of what he described as "potential security threats" tied to CAIR Florida's planned event. In the post, the attorney general reiterated the state's position that CAIR is a "foreign terrorist organization" under Florida law.

## WATCH FORREST SAUNDERS' COVERAGE BELOW:

CLOSE

ADVERTISEMENT



ADVERTISEMENT

00:00                                                                                                           02:00

"I've requested law enforcement to be on heightened alert for any possible

CLOSE

ADVERTISEMENT

CAIR leaders strongly rejected that characterization, saying the event was peaceful, lawful, and part of a long-standing tradition of civic engagement.

"There were some hesitations about whether or not we should be here," said Hiba Rahim, CAIR Florida Interim Executive Director, during a Capitol press conference. "But— we decided the most patriotic thing to do was to come, was to meet with our elected officials."

Rahim said the state's response was having a chilling effect on the Muslim community.

"Knowing that the Attorney General requested a police presence was offensive," she said in an interview.

"It was offensive to our community, especially in that he coined it, or he phrased it, from the sense of security."

Monday's advocacy day brought together Muslim advocates, civil rights leaders, and an interfaith coalition that included Jewish groups. Participants urged lawmakers to oppose several bills they believe threaten First Amendment protections, while also calling on state leaders to lower the temperature in political rhetoric surrounding Muslim Floridians.

"I'm part of the Muslim community as well, and I can tell you, from both the Jewish perspective and the Muslim perspective, were incredibly frustrated," said Sam Ronan of the Progressive Jewish Coalition.

The tension follows an executive order issued last December by Governor Ron DeSantis, formally designating CAIR as a terrorist organization under state law. The order cites CAIR's past ties to individuals convicted in terrorism-financing

CLOSE

ADVERTISEMENT

"I mean, if there were any other situation where that happened, people would, would, would be up in arms," DeSantis said at the time.

"But somehow, that's just something that just gets forgotten. So there is strong basis, and you know, a lot of it's financial."

CAIR has filed a legal challenge seeking an injunction against the designation. That litigation is ongoing.

Despite the heightened security presence, Muslim Day at the Capitol proceeded as planned, with advocates meeting lawmakers and emphasizing their role as constituents and community members.

"I'm here to exercise my American rights, to protest, to oppose, to support, to advocate, and that is the rest of the community as well. We're here to exercise those rights and to try to fight, to protect our community," Rahim said.

State officials maintain the increased security was purely precautionary. CAIR leaders argue it sent a stigmatizing message, one they say they will continue to challenge in court.

Copyright 2026 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Recommended For You



**Trump to convene inaugural 'Board of Peace' meeting Thursda...**



**FBI concluded Jeffrey Epstein wasn't running a sex trafficking ring for...**



**Hobe Sound community demands action after dog attack kills beloved pet .**

CLOSE

ADVERTISEMENT