# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**CAIR-FOUNDATION, INC. and
CAIR-FLORIDA, INC.,**

    *Plaintiffs*,

**v.**

                                     **Case No. 4:25-cv-00516-MW-MJF**

**RONALD DESANTIS, in his official
capacity as Governor, State of Florida,**

    *Defendant*.

---

### THIRD JOINT STATUS REPORT ON DISCOVERY

As required by this Court's January 29, 2026, Initial Scheduling Order, Doc. No. 30, ¶ (1)(b), counsel for all parties report the following progress on discovery:

1. Plaintiffs propounded discovery requests including Interrogatories and Requests to Produce on Defendant on March 9, 2026. After being granted a two-week extension to respond, Defendant served objections and responses (but not documents) on April 22. On April 28, Defendant produced some documents and a privilege log, explaining that additional documents would be produced on a rolling basis after counsel completes a responsiveness-and-privilege review. Plaintiffs have indicated an intention to meet and confer with

Defendant on deficiencies with their responses, and Defendant has expressed willingness to meet and confer.

2. On April 17, 2026, Defendant served Plaintiffs with Interrogatories, Requests to Produce, and Requests for Admission. Plaintiffs' responses are due on May 18, 2026.

Respectfully submitted this 29th day of April, 2026.

| *Counsel for Plaintiffs*: | *Counsel for Defendant*: |
|---|---|
| ARTHUR AGO | /s/ *Tyler E. Gustafson* |
| AHMED SOUSSI | Jeffrey P. DeSousa (FBN 110951) |
| HUEY FISCHER-GARCIA | *Acting Solicitor General* |
| /s/ *Scott D. McCoy* | Jason J. Muehlhoff |
| SCOTT D. MCCOY | *Chief Deputy Solicitor General* |
| FL Bar No. 1004965 | Tyler E. Gustafson (FBN 1049292) |
| | *Assistant Solicitor General* |
| **SOUTHERN POVERTY LAW CENTER** | Casey J. Witte (FBN 1070288) |
| 400 Washington Ave | *Solicitor General Fellow* |
| Montgomery, AL 31604 | Coleman Batson (FBN 110018) |
| (786) 347-2056 | *Special Counsel* |
| scott.mccoy@splcenter.org | Office of the Attorney General |
| | The Capitol, PL-01 |
| | Tallahassee, Florida 32399 |
| *Counsel for CAIR Foundation and CAIR-Florida* | (850) 414-3300 |
| | *jeffrey.desousa@myfloridalegal.com* |
| | *jenna.hodges@myfloridalegal.com* |
| | |
| | *Counsel for Governor DeSantis* |