In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 26-10735

————————————

CAIR-FOUNDATION, INC.,
   a Washington DC Nonprofit Corporation,
CAIR-FLORIDA, INC.,
   a Florida Nonprofit Corporation,

*Plaintiffs-Appellees,*

*versus*

GOVERNOR, STATE OF FLORIDA,

*Defendant-Appellant*

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00516-MW-MJF

————————————

ORDER:

The motion to withdraw as counsel filed by Ahmed Soussi is GRANTED.

/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE