UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAIR-Foundation, Inc., and
CAIR-Florida, Inc.,

      Plaintiffs,

v.                                Case No.4:25-cv-00516-MW-MJF

Ronald DeSantis, in his official
capacity as Governor, State of
Florida,

      Defendant.

_____/

## MOTION FOR ADMISSION PRO HAC VICE
## FOR AARON FLEISHER

In accordance with Local Rule 11.1 and the Clerk of Court's Attorney Admission Memo (Dec. 1, 2023), Plaintiffs respectfully move for the admission pro hac vice of Aaron Fleisher to the bar of this Court for the purpose of appearing in the above-captioned matter.

Undersigned counsel is a member in good standing of the bar of the jurisdiction where he resides or regularly practices law, Bar # 4431052 issued by the State of New York. Attached to this Motion is a Certificate of Good Standing, issued on May 27, 2026, by the Appellate Division of the Supreme Court of the State of New York First Judicial Department.

1

Counsel completed this Court's Attorney Admission Tutorial, and his Confirmation Number is FLND17797453264390. Counsel maintains an upgraded PACER account and will promptly pay this Court's pro hac vice fee of $219.

Respectfully submitted,

/s/ Aaron Fleisher

Aaron Fleisher
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
(202) 536-9719
aaron.fleisher@splcenter.org

*Counsel for Plaintiffs*