**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC. and**
**CAIR-FLORIDA, INC.,**

     *Plaintiffs*,

**v.**

                                   **Case No. 4:25-cv-00516-MW-MJF**

**RONALD DESANTIS, in his official**
**capacity as Governor, State of Florida,**

     *Defendant.*

---

### FOURTH JOINT STATUS REPORT ON DISCOVERY

As required by this Court's January 29, 2026, Initial Scheduling Order, Doc. No. 30, ¶ (1)(b), counsel for all parties report the following progress on discovery:

1. On March 9, 2026, Plaintiffs served its First Interrogatories and Requests for Production on Defendant. After being granted a two-week extension to respond, Defendant served objections and responses (but not documents) on April 22. On April 28, Defendant produced some documents and a privilege log, explaining that additional documents would be produced on a rolling basis after counsel completed a responsiveness-and-privilege review. Defendant did so, completing its document production on May 18. Plaintiffs have identified perceived deficiencies with Defendant's responses, objections, and

assertions of privilege, and the parties have met and conferred over the phone and via email, narrowing the issues in dispute. The parties will continue to meet and confer regarding the disputes.

2. On April 17, 2026, Defendant served Plaintiffs with Interrogatories, Requests for Production, and Requests for Admission. After being granted a two-week extension to respond, Plaintiffs' responses are now due June 1, 2026.

3. On May 12, 2026, Plaintiffs served its First Requests for Admission on Defendant.

4. On May 29, 2026, Plaintiffs served its Second Interrogatories and Requests for Admission on Defendant.

5. On May 29, 2026, Plaintiffs served its expert report on Defendant, and Defendant served its expert report on Plaintiffs.

6. On June 4, Plaintiffs will take the deposition of one of Defendant's employees.

Respectfully submitted this 29th day of May, 2026.

*Counsel for Plaintiffs*:

ARTHUR AGO
HUEY FISCHER-GARCIA
AARON FLEISHER
/s/ *Scott D. McCoy*
SCOTT D. MCCOY
FL Bar No. 1004965

*Counsel for Defendant*:

/s/ *Tyler E. Gustafson*
David M.S. Dewhirst
*Solicitor General*
Jeffrey P. DeSousa (FBN 110951)
Jason J. Muehlhoff
*Chief Deputy Solicitors General*
Tyler E. Gustafson (FBN 1049292)

2

**SOUTHERN POVERTY LAW CENTER**
400 Washington Ave
Montgomery, AL 31604
(786) 347-2056
scott.mccoy@splcenter.org


*Counsel for CAIR Foundation and CAIR-Florida*

*Assistant Solicitor General*
Casey J. Witte (FBN 1070288)
*Solicitor General Fellow*
Coleman Batson (FBN 110018)
*Special Counsel*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
*jeffrey.desousa@myfloridalegal.com*
*jenna.hodges@myfloridalegal.com*

*Counsel for Governor DeSantis*

3