# EXHIBIT C

| Document ID | Date Created | Author / Sender (title) | Recipient(s) (title) | CC (title) | BCC (title) | Document Type | Title | Subject Description | Privilege Basis |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/4/2025 (date of modification - original form for unrelated EO, used as template for draft of EO 25-244) | Christopher Kimball (Senior Deputy General Counsel, EOG) | N/A | N/A | N/A | Microsoft Word | Draft EO - terror orgs | Draft of EO 25-244 (12/4/2025, 9:26 AM), pre-decisional | deliberative process |
| 2 | 12/4/2025 | Christopher Kimball (Senior Deputy General Counsel, EOG) | N/A | N/A | N/A | Microsoft Word | Draft | Draft of EO 25-244 (12/4/2025, 9:31 AM), pre-decisional | deliberative process |
| 3 | 12/3/2025 | Hannah DuShane (Asst. General Counsel, EOG) | N/A | N/A | N/A | Microsoft Word | EO Fact Statements | Draft factual statements to support EO 25-244 drafted in preparation of drafting EO 25-244, pre-decisional | deliberative process |
| 4 | 12/4/2025 | Hannah DuShane (Asst. General Counsel, EOG) | N/A | N/A | N/A | Microsoft Word | Links to Save for Terrorist Org EO 12.4 | Research in preparation for drafting of EO 25-244, including hyperlinks and summaries of researched content, pre-decisional | Produced to Opposing Counsel |
| 5 | 12/8/2025 | Hannah DuShane (Asst. General Counsel, EOG) | N/A | N/A | N/A | Microsoft Word | Terrorist Organizations EO_12.5.25_1430 | Draft of EO 25-244 (12/8/2025, 9:49 AM), pre-decisional | deliberative process |
| 6 | 12/4/2025 | Hannah DuShane (Asst. General Counsel, EOG) | N/A | N/A | N/A | Microsoft Word | WHEREAS clause with factual assertions | Draft factual assertions with supporting research made in preparation of drafting EO 25-244 | deliberative process |
| 7 | 12/4/2025 | Ryan Newman (fmr. General Counsel to Governor DeSantis) | N/A | N/A | N/A | Microsoft Word | Terrorist Organizations EO_12.8.25_1600 | Draft of EO 25-244 (12/8/2025, 11:37 AM), pre-decisional | deliberative process |
| 8 | 12/5/2025 | David Binder (Deputy Commissioner / Homeland Security Advisor - FDLE) | N/A | N/A | N/A | Microsoft Word | Terrorism Abatement Language | Document describing potential enforcement mechanisms, drafted in support of deliberations for EO 25-244 | deliberative process |
| 9 | 12/4/2025 | Ryan Newman (fmr. General Counsel to Governor DeSantis) | N/A | N/A | N/A | Microsoft Word | Terrorist Organizations EO_12.4.25_1300 | Draft of EO 25-244 (12/4/2025, 12:56 PM), pre-decisional | deliberative process |
| 10 | 12/4/2025 | Ryan Newman (fmr. General Counsel to Governor DeSantis) | Jay Arnold (Deputy Chief of Staff to Governor DeSantis); Leda Kelly (Director of Policy & Budget); Austin Boam (Deputy Director of Policy) | Christopher Kimball (); Hannah DuShane () | N/A | Email | Executive Order Draft | Email containing draft of EO 25-244 for deliberations, pre-decisional | deliberative process |
| 11 | 12/4/2025 | Austin Boam (Deputy Director of Policy) | Mary Futch (Director of Legislative Affairs); Chad Kunde (Deputy Director of Legislative Affairs) | N/A | N/A | Email | Fw: Exective Order Draft | Email containing draft of EO 25-244 for deliberations, pre-decisional | deliberative process |
| 12 | 12/5/2025 | Jay Arnold (Deputy Chief of Staff to Governor DeSantis) | David Binder (Deputy Commissioner / Homeland Security Advisor - FDLE) | N/A | N/A | Email | Fw: Exective Order Draft | Email containing draft of EO 25-244 for deliberations, pre-decisional | deliberative process |
| 13 | 12/5/2025 | David Binder (Deputy Commissioner / Homeland Security Advisor - FDLE) | Jay Arnold (Deputy Chief of Staff to Governor DeSantis) | N/A | N/A | Email | Per Your Request | Email containing document 8, pre-decisional | deliberative process |
| 14 | 12/5/2025 | Jay Arnold (Deputy Chief of Staff to Governor DeSantis) | Austin Boam (Deputy Director of Policy) | N/A | N/A | Email | Fw: Per Your Request | Forwarded email containing document 8, pre-decisional | deliberative process |
| 15 | 12/8/2025 | Ryan Newman (fmr. General Counsel to Governor DeSantis) | Christopher Kimball (Senior Deputy General Counsel, EOG); Hannah DuShane (Asst. General Counsel, EOG) | Rochelle Kemple (Office Manager, Office of General Counsel; EOG); Brandi Manley (Criminal Justice Liason, EOG) | N/A | Email | Terrorism Executive Order | Email containing document 5, planning to issue the EO on 12/8/2025, pre-decisional | deliberative process |
| 16 | 12/8/2025 | Hannah DuShane (Asst. General Counsel, EOG) | Ryan Newman (fmr. General Counsel to Governor DeSantis); Christopher Kimball (Senior Deputy General Counsel) | Rochelle Kemple (Office Manager, Office of General Counsel; EOG); Brandi Manley (Criminal Justice Liason, EOG) | N/A | Email | RE: Terrorism Executive Order | Email explaining deliberations and drafting edits to EO 25-244, pre-decisional | deliberative process |
| 17 | 12/8/2025 | Molly Best (Press Secretary, EOG) | N/A | N/A | N/A | Microsoft Word | Social Grid 25.12.8 | Document describing news generated by the Governor's office set for 12/8/2050, pre-decisional | Produced to Opposing Counsel |