UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CAIR-FOUNDATION, INC. and
CAIR-FLORIDA, INC.,

    *Plaintiffs,*

v.

                                 **Case No. 4:25-cv-00516-MW-MJF**

RONALD DESANTIS, in his official
Capacity as Governor, State of Florida,

    *Defendant.*

                                      /

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Defendant hereby notifies this Court that the Motion to Compel, DE64, has been rendered moot, pursuant to an agreement between Plaintiffs and Defendant that Plaintiffs withdraw their Motion to Compel after Defendant produced the remaining 15 records in Defendant's Amended Privilege Log. *See* Plaintiffs' Exhibit C; *see also* Defendant's Exhibit A. That production is complete, and, thus, the Motion to Compel is moot. *See* Defendant's Exhibit B.

1

## CONCLUSION

For the foregoing reasons, Defendant requests that this Court deny Plaintiffs' Motion to Compel as moot because Defendant has produced the records subject to Plaintiffs' Motion to Compel.  DE64.


Respectfully submitted,

JAMES UTHMEIER
*Attorney General*

RYAN D. NEWMAN
*Chief Deputy Attorney General*

DAVID M.S. DEWHIRST
*Solicitor General*

/s/ Tyler E. Gustafson
JEFFREY PAUL DESOUSA
(FBN 110951)
JASON J. MUEHLHOFF
*Chief Deputy Solicitors General*
TYLER E. GUSTAFSON (FBN 1049292)
*Assistant Solicitor General*
CASEY J. WITTE (FBN 1070288)
*Solicitor General Fellow*
COLEMAN BATSON (FBN 110018)
*Special Counsel*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01

2

Tallahassee, Florida 32399
(850) 414-3300
jeffrey.desousa@myfloridalegal.com
jenna.hodges@myfloridalegal.com

*Counsel for Governor DeSantis*

## CERTIFICATE OF WORD COUNT

Pursuant to N.D. Fla. Loc. R. 7.1(F), the undersigned hereby certifies that this motion contains 219 words, inclusive of headings, footnotes, and quotations, according to the word-processing system used to prepare the motion.

DATE: June 30, 2026                              */s/ Tyler E. Gustafson*

3

# Exhibit A

 Outlook

---

**Re: CAIR v. DeSantis Discovery**

---

**From** Tyler Gustafson <Tyler.Gustafson@myfloridalegal.com>

**Date** Tue 6/30/2026 6:18 PM

**To**  Liz Lockwood <liz.lockwood@alilockwood.com>; Brant Levine <brant.levine@splcenter.org>

**Cc**  Scott McCoy <Scott.McCoy@splcenter.org>; Coleman Batson <Coleman.Batson@myfloridalegal.com>; Jason Muehlhoff <Jason.Muehlhoff@myfloridalegal.com>; Casey Witte <Casey.Witte@myfloridalegal.com>; David Dewhirst <David.Dewhirst@myfloridalegal.com>; Jeffrey DeSousa <Jeffrey.DeSousa@myfloridalegal.com>; Jenna Hodges <Jenna.Hodges@myfloridalegal.com>; CAIRvDeSantis <cairvdesantis@splcenter.org>

Your confirmation is much appreciated!

Best,



**Tyler E. Gustafson**
Assistant Solicitor General
Office of Attorney General James Uthmeier
PL-01, The Capitol | Tallahassee, FL 32399
(850) 414-3681

---

**From:** Liz Lockwood <liz.lockwood@alilockwood.com>
**Sent:** Tuesday, June 30, 2026 6:15 PM
**To:** Tyler Gustafson <Tyler.Gustafson@myfloridalegal.com>; Brant Levine <brant.levine@splcenter.org>
**Cc:** Scott McCoy <Scott.McCoy@splcenter.org>; Coleman Batson <Coleman.Batson@myfloridalegal.com>; Jason Muehlhoff <Jason.Muehlhoff@myfloridalegal.com>; Casey Witte <Casey.Witte@myfloridalegal.com>; David Dewhirst <David.Dewhirst@myfloridalegal.com>; Jeffrey DeSousa <Jeffrey.DeSousa@myfloridalegal.com>; Jenna Hodges <Jenna.Hodges@myfloridalegal.com>; CAIRvDeSantis <cairvdesantis@splcenter.org>
**Subject:** Re: CAIR v. DeSantis Discovery

---

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Counsel,

Yes, that's right. Though we reserve the right to raise this issue again with the Court if needed in connection with our upcoming depositions.

Thanks,
Liz

—

Liz Lockwood
Ali & Lockwood LLP
312.852.0011

---

**From:** Tyler Gustafson <Tyler.Gustafson@myfloridalegal.com>
**Sent:** Tuesday, 30 June 2026 18:11:12
**To:** Liz Lockwood <liz.lockwood@alilockwood.com>; Brant Levine <brant.levine@splcenter.org>
**Cc:** Scott McCoy <Scott.McCoy@splcenter.org>; Coleman Batson <Coleman.Batson@myfloridalegal.com>; Jason Muehlhoff <Jason.Muehlhoff@myfloridalegal.com>; Casey Witte <Casey.Witte@myfloridalegal.com>; David Dewhirst <David.Dewhirst@myfloridalegal.com>; Jeffrey DeSousa <Jeffrey.DeSousa@myfloridalegal.com>; Jenna Hodges <Jenna.Hodges@myfloridalegal.com>; CAIRvDeSantis <cairvdesantis@splcenter.org>
**Subject:** Re: CAIR v. DeSantis Discovery

Good evening, Counsel,

Just for clarity, do we have an agreement that you will withdraw the motion to compel when we produce the remaining documents in the Amended Privilege Log?

Best,



**Tyler E. Gustafson**
Assistant Solicitor General
Office of Attorney General James Uthmeier
PL-01, The Capitol | Tallahassee, FL 32399
(850) 414-3681

# Exhibit B

