UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CAIR-FOUNDATION, INC. and
CAIR-FLORIDA, INC.,

      *Plaintiffs*,

v.

                             **Case No. 4:25-cv-00516-MW-MJF**

RONALD DESANTIS, in his official
capacity as Governor, State of Florida,

      *Defendant*.

---

**FIFTH JOINT STATUS REPORT ON DISCOVERY**

As required by this Court's January 29, 2026, Initial Scheduling Order, Doc. No. 30, ¶ (1)(b), counsel for all parties report the following progress on discovery:

1. On March 9, 2026, Plaintiffs served its First Interrogatories and Requests for Production on Defendant. After being granted a two-week extension to respond, Defendant served objections and responses (but not documents) on April 22. On April 28, Defendant produced some documents and a privilege log, explaining that additional documents would be produced on a rolling basis after counsel completed a responsiveness-and-privilege review. Defendant did so, completing its document production on May 18.

1

2.  On April 17, 2026, Defendant served Plaintiffs with Interrogatories, Requests for Production, and Requests for Admission. Plaintiffs served their responses to Defendant's Interrogatories on June 1, 2026, and responses to Defendant's Requests for Production and Requests for Admission on June 4, 2026, respectively pursuant to an agreed extension. The parties are currently meeting and conferring over the sufficiency of Plaintiffs' responses and objections to those requests.

3.  On May 12, 2026, Plaintiffs served their First Requests for Admission on Defendant. Defendant served his responses on June 11, 2026.

4.  On May 29, 2026, Plaintiffs served its Second Interrogatories and Requests for Admission on Defendant. Defendant served his responses on June 29, 2026.

5.  On May 29, 2026, the parties exchanged expert reports.

6.  On June 22, 2026, this Court granted the parties' joint motion for extension of deadlines, Doc. No. 63, extending the discovery deadline to August 26, 2026.

7.  On June 23, 2026, Plaintiff moved to compel production of documents that Defendant withheld as privileged. Defendant has since produced those documents. Defendant notified the Court that Plaintiffs' motion to compel is moot

on June 30, 2026, by responding to the motion, and Plaintiffs agree that their motion is now moot.

8. On June 26, 2026, Plaintiffs served the rebuttal report of their expert witness. Defendant did not serve a rebuttal expert report.

9. On July 15 and 16, 2026, Plaintiff will take depositions of two witnesses, including a 30(b)(6) representative of Defendant's office.

Respectfully submitted this 1st day of July 2026.

| *Counsel for Plaintiffs*: | *Counsel for Defendant*: |
|---|---|
| ARTHUR AGO | /s/ *Tyler E. Gustafson* |
| AARON FLEISHER | David M.S. Dewhirst |
| /s/ *Scott D. McCoy* | *Solicitor General* |
| SCOTT D. MCCOY | Jeffrey P. DeSousa (FBN 110951) |
| FL Bar No. 1004965 | Jason J. Muehlhoff |
| | *Chief Deputy Solicitors General* |
| | Tyler E. Gustafson (FBN 1049292) |
| **SOUTHERN POVERTY LAW CENTER** | *Assistant Solicitor General* |
| 400 Washington Ave | Casey J. Witte (FBN 1070288) |
| Montgomery, AL 31604 | *Solicitor General Fellow* |
| (786) 347-2056 | Coleman Batson (FBN 110018) |
| scott.mccoy@splcenter.org | *Special Counsel* |
| | Office of the Attorney General |
| | The Capitol, PL-01 |
| *Counsel for CAIR Foundation and CAIR-Florida* | Tallahassee, Florida 32399 |
| | (850) 414-3300 |
| | *jeffrey.desousa@myfloridalegal.com* |
| | *jenna.hodges@myfloridalegal.com* |
| | *Counsel for Governor DeSantis* |

3