**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and
CAIR-FLORIDA, INC.,**

        *Plaintiffs,*

**v.**                            **Case No.:  4:25cv516-MW/MJF**

**RONALD DESANTIS, in his official
capacity as Governor, State of Florida,**

        *Defendant.*

_____/

**ORDER GRANTING JOINT MOTION TO CONTINUE
<u>DISCOVERY AND DISPOSITIVE MOTION DEADLINES</u>**

This Court has considered, without hearing, the parties' joint motion to continue discovery and dispositive motion deadlines. ECF No. 88. The motion is **GRANTED**. The discovery deadline is extended to **October 26, 2026**. The deadline to file motions for summary judgment is extended to **on or before November 16, 2026**. The deadline to commence mediation is now **November 9, 2026**, and the deadline to complete mediation is **November 23, 2026**. The bench trial is reset for **March 15, 2027**.

      **SO ORDERED on July 14, 2026.**

                          **<u>s/Mark E. Walker</u>**
                          **United States District Judge**