In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10735
_____

CAIR-FOUNDATION, INC.,
   a Washington DC Nonprofit Corporation,
CAIR-FLORIDA, INC.,
   a Florida Nonprofit Corporation,

*Plaintiffs-Appellees,*

*versus*

GOVERNOR, STATE OF FLORIDA,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00516-MW-MJF
_____

ORDER:

The motion to withdraw as counsel filed by Casey J. Witte
is GRANTED.

/s/ Kevin C. Newsom

UNITED STATES CIRCUIT JUDGE