**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CAIR-FOUNDATION, INC., and**
**CAIR-FLORIDA, INC.,**

***Plaintiffs,***

**v.** **Case No.: 4:25cv516-MW/MJF**

**RONALD DESANTIS, in his official capacity as Governor, State of Florida,**

***Defendant.***

**_____________________________/**

**ORDER REFERRING DISCOVERY MOTION TO MAGISTRATE JUDGE**

Defendant's pending motion to compel discovery, ECF No. 91, is **REFERRED** to the Magistrate Judge to address in the first instance.

**SO ORDERED on August 18, 2026.**

**s/Mark E. Walker**
**United States District Judge**