**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CAIR-FOUNDATION, INC., CAIR FLORIDA, INC.,

*Plaintiff*,

v.

RONALD D. DESANTIS, in his official capacity as Governor of Florida,

*Defendant*.

Case No. 4:25-cv-00516-AW-MJF

# NOTICE OF APPEARANCE

Attorney Charles J. Cooper, of Cooper and Kirk, PLLC, hereby appears as counsel for Defendant, and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: November 12, 2026

Respectfully Submitted,

/s/ Charles J. Cooper
Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 12th day of November 2026.

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper